IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME WALLACE, | ) | No. C 11-4919 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| Defendant. | ) | |

This case was opened when Plaintiff, a California prisoner currently incarcerated in Tehachapi, California, filed a document consisting prison administrative appeals in which he complained of actions taken by prison officials there. He then wrote a letter to the Court stating that the document was inadvertently filed because his claims are "immature", unexhausted, and are not properly filed in this Court. Plaintiff is correct that claims arising out of events taking place at Tehachapi or actions by officials located there are not properly filed in the Northern District of California, but rather the Eastern District because that is where Tehachapi is located. *See* 28 U.S.C. §§ 84, 1391(b). As a consequence, and because Plaintiff indicates that his claims are not yet exhausted, this

//

//

1 | action is DISMISSED without prejudice to Plaintiff filing his claims, once they are ripe
2 | and exhausted, in the United States District Court for the Eastern District of California.
3 |     The Clerk shall enter judgment and close the file.
4 |     IT IS SO ORDERED.

DATED: November 2, 2011

_____
JEFFREY S. WHITE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WALLACE,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Defendant.

Case Number: CV11-04919 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Wallace
T67244
P.O. Box 1031
Tehachapi, CA 93581

Dated: November 2, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk